UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIL ROBBINS,<br><br>                Petitioner,<br><br>      v.<br><br>KELLY SANTORO, Warden,<br><br>                Respondent. | Case No.: CV 22-04234-DMG (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action with prejudice.

DATED: December 14, 2022

                                                              _____
                                                              DOLLY M. GEE
                                                              UNITED STATES DISTRICT JUDGE