JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIL ROBBINS,<br><br>                 Petitioner,<br><br>           v.<br><br>KELLY SANTORO, Warden,<br><br>                 Respondent. | Case No.: CV 22-04234-DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: December 14, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE